# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 12 PM 1: 47

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Terry Lamont Griffin | ) | Case No: CR603-00014-001 |
| | ) | USM No: 11554-021 |
| Date of Previous Judgment: November 18, 2003 | ) | William G. Bell, III |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

In accordance with the required review of the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court denies the defendant's request for a sentence reduction. The Court carefully considered all the 18 U.S.C. § 3553(a) sentencing factors when imposing a sentence of 132 months, which sentence was a departure based on a U.S.S.G. § 5K1.1 motion. The Court notes the sentence of 132 months is below the minimum end of the amended advisory guideline range. The Court arrived at its original sentence based on the nature and circumstances of the offense as well as the history and characteristics of the defendant.

Except as provided above, all provisions of the judgment dated November 18, 2003, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-12-2009

Judge's signature

B. Avant Edenfield
Effective Date: United States District Judge
For the Southern District of Georgia

(if different from order date)    Printed name and title