IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Terry Lamont Griffin ) | CASE NO. 6:03CR00014-001 |

## ORDER

On April 24, 2015, Defendant Terry Lamont Griffin filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). Griffin's current incarceration is a result of a revocation of his term of supervised release. According to U.S.S.G. § 1B1.10, Application Note 7, only a term of imprisonment imposed as part of the original sentence is authorized to be reduced as a result of an amended guideline range. A reduction in the term of imprisonment imposed upon revocation of supervised release is not authorized.

Griffin's Motion is **DENIED**.

**SO ORDERED**, this <u>13th</u> day of May, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA